**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **vs.** | : **CRIMINAL NO.: 26-00145-KD-MU** |
| **OBETH QUIAHUA ACAHUA** | : |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 51) and without any objection having been filed by the parties, Defendant Obeth Quiahua Acahua's plea of guilty to Count Two of the Indictment charging violation of 18 U.S.C. § 2421, Transportation of Person in Interstate Commerce for the Purpose of Engaging in Prostitution, is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **February 19, 2027, at 10:00 a.m., in Courtroom 4B,** United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 21st day of October 2026.

s/ Kristi K. DuBose
KRISTI K. DUBOSE
UNITED STATES DISTRICT JUDGE